IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHN KIRK OWENS,

        Plaintiff,

vs. : CIVIL ACTION NO. 5:09-CV-399(WLS)

CITY OF MCDONOUGH, GEORGIA,
KENNETH B. NOBLE,
JOHN ABERNATHY, and
WILLIAM STOKES,

        Defendants.

## JUDGMENT

This case having been transferred back to the Middle District of Georgia from the Northern District of Geogia following settlement of the only remaining claims, JUDGMENT is hereby entered as follows pursuant to previous Orders of the Middle District of Georgia:

1. In favor of defendant John Abernathy and against plaintiff pursuant to the Order of this court dated September 29, 2010.

2. In favor of defendant William Stokes and against plaintiff on the false arrest claim (Count One) and on plaintiff's malicious prosecution claim (Count Two) pursuant to this court's Order dated March 30, 2012.

As advised by the Northern District of Georgia, all remaining claims between the parties have been settled. Defendants Stokes and Abernathy are entitled to recover their costs of this action.

This 17th day of October, 2012.

Gregory J. Leonard, Clerk

*Amy N. Stapleton*
Amy N. Stapleton, Deputy Clerk

Approved by:

*W. Louis Sands*
W. Louis Sands
United States District Judge